Dear Judge Maloney,   1-1-2020

My name is Michele Schwartz, I am Monica Lynn Laster's Mother.
I am very concerned about my daughter! I can honestly say that my daughter is a good person, a good mother, and very well loved by everyone. She's also very independant.

She did not deserve to be wined and dined by a evil person that seen how good of a person and mother she is! A evil person that came into her life for a short time and destroyed her life and ours. (She deffinitly learned her lesson)!!

Please do not send her to prison she does not belong there and if you have to send her somewhere could you please send her to a Re entry Program, A Rehab, put her on a teather, or to any other program besides Prison! in Grand rapids If you have to send her to prison, can you send her to a Facility where Jennifer Todeo (I believe thats her name) is not at. She's been threatening my daughter and I'm concerned.
Thank-you
Michele Schwartz 1-1-2020