**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v.   Monica Laster | DISTRICT JUDGE:   Paul L. Maloney |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:18-cr-167 | 1/6/2020 | 11:03 a.m. - 11:23 p.m. | Kalamazoo | |

## APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Daniel McGraw | Roman Kosiorek | CJA Appointment |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>__ mute   __ nolo contendre<br>__ not guilty   __ guilty<br>__ Final Pretrial Conference<br>__ Detention   (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other:<br>_____ | Charging Document:<br>__ Read   __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br><br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

## SENTENCING

| | |
|---|---|
| Imprisonment:  24 months<br>Probation:  n/a<br>Supervised Release:  1 year<br>Fine: $  0.00<br>Restitution: $  0.00<br>Special Assessment: $ 100.00 | Plea Agreement Accepted:  ✓ Yes  __ No<br>Defendant informed of right to appeal:  ✓ Yes  __ No<br>Counsel informed of obligation to file appeal:  ✓ Yes  __ No<br>Conviction Information:<br>  Date:  9/24/2019<br>  By:  Plea<br>  As to Count (s):  17 of the Spsdg Indictment |

**ADDITIONAL INFORMATION:**
Count 1 is dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|
| **Reporter/Recorder:**   Kathleen Thomas | **Case Manager:**   A. Redmond |