UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONICA LASTER,

    Defendant.
_____/

Case No. 1:18-cr-167-13

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION FOR TERMPORARY FURLOUGH

Pending before the Court is Defendant's motion for temporary furlough (ECF No. 1140). On January 6, 2020, Defendant was sentenced to 24 months imprisonment following her plea of guilty to unlawful use of a communication facility.  Defendant was remanded to the custody of the United States Marshal for this district at the conclusion of the sentencing hearing.  She is presently lodged at the Newaygo County Jail awaiting transfer to the correctional facility designated by the Bureau of Prisons.  Defendant brings the instant motion for temporary release from custody due to the recent death of her first cousin, Tahtyanna Anderson.  She requests permission to attend the services scheduled on February 17, 2020.  The Government takes no position on the request (*Id*., PageID.9830).  Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion for temporary furlough (ECF No. 1140) is GRANTED.

**IT IS FURTHER ORDERED** that Defendant is granted temporary release from custody beginning at 8:00 a.m. on Monday, February 17, 2020.  She is to return to the Newaygo County Jail no later than 6:00 p.m. on Monday, February 17, 2020.

**IT IS FURTHER ORDERED** that, while on release, Defendant is permitted to attend the family hour scheduled at 11:00 a.m. and the funeral/celebration of life service scheduled at 12:00 p.m. (noon) at Matthyse Kuiper DeGraff Funeral Home, 4646 Kalamazoo Ave., S.E., Kentwood, Michigan.

**IT IS FURTHER ORDERED** that, while on release, Defendant shall not use/possess any alcoholic beverages.

**IT IS FURTHER ORDERED** that, while on release, Defendant must not use or possess any controlled substances without a valid prescription.  If she does have a valid prescription, she must follow the instructions on the prescription.  She must not possess, use, or sell marijuana or any marijuana derivative (including any product containing cannabidiol (CBD) or THC) in any form (including edibles) or for any purpose (including medical purposes).  She is also prohibited from entering any marijuana dispensary or grow facility.

Dated:  February 14, 2020                                   /s/  Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge